No. 80–6893. STIREWALT v. DIRIENZO, U. S. MARSHAL, ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–6894. WEBSTER v. ENGLE, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 80–6895. PAYNE v. LYON, CORRECTIONAL SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 80–6896. EDWARDS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6897. GOODEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6898. GARVIN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 80–6899. VEVERKA v. SCURR, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 80–6900. TEW v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 80–6901. WOODS v. NEAL ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–6903. CARR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–6904. SYERS v. BRELJE. C. A. 7th Cir. Certiorari denied.

No. 80–6906. MILLER v. WEINBERGER, SECRETARY OF DEFENSE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–6907. STONE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.